UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

THE R.J. CARBONE COMPANY,

Plaintiff,

v.

TIMOTHY J. REGAN and ASSOCIATED WHOLESALE FLORIST, INC. d/b/a Associated Wholesale Florist of New Jersey,

Defendants.

State Court Docket No.: C.A. 08-4942

C.A. No.: CA 08 291S

## NOTICE OF REMOVAL

Timothy J. Regan and Associated Wholesale Florist, Inc. d/b/a Associated Wholesale Florist of New Jersey (individually "Regan" and "Associated", collectively "Defendants") hereby give notice that pursuant to 28 U.S.C. §§ 1441 and 1446, they are removing this action from the Superior Court, Providence County, State of Rhode Island, to the United States District Court for the District of Rhode Island. The grounds for removal are set forth as follows:

1. Regan and Associated are defendants in a civil action filed by The R.J. Carbone Company ("Plaintiff"), in the Superior Court, Providence County, State of Rhode Island, captioned The R.J. Carbone Company v. Timothy J. Regan and Associated Wholesale Florist, Inc. d/b/a Associated Wholesale Florist of New Jersey (the "Pending Action"). The Summons and Complaint in the Pending Action were served on Defendants on July 29, 2008. This Notice, therefore, is timely filed. Copies of all process, pleadings, and orders served in the Pending Action are annexed hereto as **Exhibit A**.

2. The Complaint alleges multiple claims in connection with Regan's former employment with the Plaintiff, and his new employment with Associated. The Complaint asserts

eight claims against Defendants, including (i) Breach of Contract; (ii) Misappropriation of Confidential Information; (iii) Conversion; (iv) Violation of R.I. Gen. Laws §§ 6-41-1 *et seq.*; (v) Tortious Interference with Contract and Prospective Business Relations; (vi) Intentional Interference with Prospective Economic Advantage; (vii) Violation of Conn. Gen. Stat. § 42-110a *et seq.*; and (viii) Injunctive Relief.

3. Regan is an individual with a residence located at and known as 2608 Route 144, Fair Haven, Vermont.

4. Associated is a corporation organized and existing under the laws of the State of New Jersey with a principal place of business located at 320 West Passaic Street, Rochelle Park, New Jersey.

5. Plaintiff is a corporation organized and existing under the laws of the State of Rhode Island with a principal place of business located at One Goddard Drive, Cranston, Rhode Island.

6. The Pending Action is a matter in controversy that exceeds the sum of $ 75,000, exclusive of interest and costs.

7. This Court has jurisdiction over the Plaintiff's claims pursuant to 28 U.S.C. § 1332, and those claims are properly removed pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, Defendants pray that the above-captioned action now pending in the Superior Court, Providence County, State of Rhode Island, be removed to this Court, the United States District Court for the District of Rhode Island.

Respectfully submitted,

TIMOTHY J. REGAN and ASSOCIATED WHOLESALE FLORIST, INC. d/b/a Associated Wholesale Florist of New Jersey

By their attorneys,

WINOGRAD, SHINE & ZACKS, P.C.

S. Michael Levin, Esq. (#3796)
Winograd, Shine and Zacks, P.C.
123 Dyer Street
Providence, RI 02903-3980
Phone: 401.273.8300
Fax: 401.272.5728
mlevin@wszlaw.com

Dated: July 31, 2008

**CERTIFICATION**

This is to certify that the foregoing was mailed, via first class U.S. mail, postage prepaid, this 31st day of July, 2008, to the following counsel of record:

Stacey P. Nakasian
Duffy, Sweeney & Scott, LTD.
One Turks Head Place
Suite 1200
Providence, RI 02903

S. Michael Levin