UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE R.J. CARBONE COMPANY, | : |
| | : |
| Plaintiff, | : State Court Docket No.: C.A. 08-4942 |
| | : |
| v. | : **C.A. No.:** |
| | : |
| TIMOTHY J. REGAN and | : |
| ASSOCIATED WHOLESALE FLORIST, | : |
| INC. d/b/a Associated Wholesale Florist | : |
| of New Jersey, | : |
| | : |
| Defendants. | : |

**APPEARANCE**

Please enter the appearance of S. Michael Levin, Esq. on behalf of defendants Timothy J. Regan and Associated Wholesale Florist, Inc., d/b/a Associated Wholesale Florist of New Jersey.

Respectfully submitted,

TIMOTHY J. REGAN and ASSOCIATED WHOLESALE FLORIST, INC. d/b/a Associated Wholesale Florist of New Jersey

By their attorneys,

WINOGRAD, SHINE & ZACKS, P.C.

S. Michael Levin, Esq. (#3796)
Winograd, Shine and Zacks, P.C.
123 Dyer Street
Providence, RI 02903-3980
Phone: 401.273.8300
Fax: 401.272.5728
mlevin@wszlaw.com

Dated: July 31, 2008

**CERTIFICATION**

This is to certify that the foregoing was mailed, via first class U.S. mail, postage prepaid, this 31st day of July, 2008, to the following counsel of record:

Stacey P. Nakasian
Duffy, Sweeney & Scott, LTD.
One Turks Head Place
Suite 1200
Providence, RI 02903

S. Michael Levin