**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE R.J. CARBONE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY J. REGAN &<br>ASSOCIATED WHOLESALE<br>FLORIST, INC. d/b/a Associated Wholesale<br>Florist of New Jersey,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 08-291 S |

**NOTICE OF APPEARANCE**

The law firm of Duffy Sweeney & Scott, Ltd. and Stacey P. Nakasian hereby enter their appearance on behalf of The R. J. Carbone Company in the above-referenced matter.

THE R.J. CARBONE COMPANY
By Its Attorneys,

Dated: August 1, 2008

/s/ Stacey P. Nakasian

Stacey P. Nakasian, Esq. (#5069)
DUFFY SWEENEY & SCOTT, LTD
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700
(401) 455-0701 (Fax)
snakasian@duffysweeney.com

**CERTIFICATE OF SERVICE**

I hereby certify that the within ***Notice of Appearance*** was filed through the ECF system on the 1st day of August, 2008, and will be sent electronically to the counsel listed below who are registered participants identified on the Notice of Electronic Filing and mailed to the parties who are not registered participants of the ECF system as indicated.

S. Michael Levin, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

/s/ Stacey P. Nakasian
Stacey P. Nakasian