FILED
AUG - 1 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE R.J. CARBONE COMPANY, Plaintiff, | : | |
| vs. | : | C.A. NO. 08-291 S |
| TIMOTHY J. REGAN & ASSOCIATED WHOLESALE FLORIST, INC. d/b/a Associated Wholesale Florist of New Jersey, Defendants. | : | |

**PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff The R.J. Carbone Company, Inc. ("Carbone") hereby moves, pursuant to Fed. R. Civ. P. 65 and R.I. Gen. Laws § 6-41-2, for an order temporarily restraining and preliminarily and permanently enjoining defendants Timothy J. Regan ("Regan") and Associated Wholesale Florist, Inc. d/b/a Associated Wholesale Florist of New Jersey ("Associated") from using, divulging and/or conveying to others Carbone's secret and confidential business information and trade secrets.

As requested in Carbone's First Amended Verified Complaint submitted herewith, plaintiff Carbone further moves for an order temporarily restraining and preliminarily enjoining defendant Regan from further breach of his covenants with plaintiff Carbone not to render any service to or have any interest or participation in a competitor of plaintiff Carbone, including, but not limited to, defendant Associated, from competing with Carbone, and from interfering or attempting to interfere with Carbone's customers, trade, business and/or patronage as defined in the non-compete Agreement fully executed between Carbone and

Regan on May 26, 1988. The aforementioned non-compete Agreement is annexed to the First Amended Verified Complaint as Exhibit A.

In support of its motion, Carbone submits herewith its First Amended Verified Complai2nt and the accompanying Memorandum of Law.

Respectfully submitted,

THE R. J. CARBONE COMPANY

By its Attorneys,

/s/ Stacey P. Nakasian

Stacey P. Nakasian, Esq. (#5069)
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place
Providence, Rhode Island 02903
(401) 455-0700
(401) 455-0701 (Fax)

Dated: August 1, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the within ***Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction*** was served on the following via First Class Mail:

S. Michael Levin, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

/s/ Stacey P. Nakasian
Stacey P. Nakasian