FILED
AUG - 1 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

THE R.J. CARBONE COMPANY, :
Plaintiff, :
vs. : C.A. NO. 08-291 S
TIMOTHY J. REGAN & ASSOCIATED WHOLESALE FLORIST, INC. d/b/a Associated Wholesale Florist of New Jersey, :
Defendants. :

**AFFIDAVIT OF STEPHEN P. CARBONE**

I, Stephen P. Carbone, upon oath, depose and state as follows:

1. I am Vice President of The R.J. Carbone Company ("Carbone").

2. I have personal knowledge of the facts set forth herein except where stated upon information and belief and I believe those facts to be true.

3. On or about July 23, 2008, after being told that our former employee, defendant Timothy J. Regan ("Regan") was soliciting Carbone customers in Connecticut, I telephoned defendant Associated Wholesale Florist, Inc. d/b/a Associated Wholesale Florist of New Jersey ("Associated") located in Rochelle Park, New Jersey and requested to speak to Regan.

4. I was promptly connected to Regan, but did not actually speak with him.

5. In an effort to again confirm the fact that Regan now worked for Associated, on July 23, 2008, I called Tom Pavin, General Manager and part owner of Associated. Mr. Pavlin confirmed to me during our phone conversation that Regan was now working for Associated.

Stephen P. Carbone, Vice President
The R.J. Carbone Company

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

SUBSCRIBED AND SWORN TO before me this 29TH day of July, 2008.

Notary Public

My Commission Expires: 3/19/09