UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

| | | |
|---|---|---|
| THE R.J. CARBONE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY J. REGAN & ASSOCIATED WHOLESALE FLORIST INC. d/b/a Associated Wholesale Florist of New Jersey,<br><br>Defendants. | : | C.A. No.: 08 CV 00291 S |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendants Timothy J. Regan and Associated Wholesale Florist Inc. move that Simon I. Allentuch be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Simon I. Allentuch, Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ S. Michael Levin

S. Michael Levin, Esq. (#3796)
Winograd, Shine and Zacks, P.C.
123 Dyer Street
Providence, RI 02903-3980
Phone: 401.273.8300
Fax: 401.272.5728
mlevin@wszlaw.com

---

**ORDER**

This motion is hereby ______ GRANTED ______ DENIED.

______________________ District Judge

______________________ Date