**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE R.J. CARBONE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TIMOTHY J. REGAN and ASSOCIATED WHOLESALE FLORIST INC. d/b/a Associated Wholesale Florist of New Jersey,<br><br>Defendants. | : | C.A. No.: 08 CV 00291-S-DLM |

**DEFENDANTS' MOTION TO SET**
**BRIEFING SCHEDULE AND HEARING DATE**

The defendants, Timothy J. Regan and Associated Wholesale Florist, Inc. respectfully move this Court for an order setting a briefing schedule on defendants' Motion to Dismiss challenging the jurisdiction of this Court, among other alternate relief, and setting a hearing date on the plaintiff's pending Motion for Temporary Restraining Order. Defendants rely on the accompanying memorandum.

TIMOTHY J. REGAN and ASSOCIATED WHOLESALE FLORIST, INC. d/b/a Associated Wholesale Florist of New Jersey

By their attorneys

WINOGRAD, SHINE & ZACKS, P.C.

By: /s/ S. Michael Levin
S. Michael Levin, Esq. (#3796)
Winograd, Shine and Zacks, P.C.
123 Dyer Street
Providence, RI 02903-3980
Phone: 401-273-8300
Fax: 401-272-5728
mlevin@wszlaw.com
Date: August 4, 2008

**CERTIFICATION**

I hereby certify that August 4, 2008, a copy of the foregoing, was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's electronic filing system.

/s/ S. Michael Levin

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

| | | |
|---|---|---|
| THE R.J. CARBONE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No.: 08 CV 00291 S |
| | : | |
| TIMOTHY J. REGAN and | : | |
| ASSOCIATED WHOLESALE FLORIST | : | |
| INC. d/b/a Associated Wholesale Florist | : | |
| of New Jersey, | : | |
| | : | |
| Defendants. | : | |

**MEMORANDUM IN SUPPORT OF**
**DEFENDANTS' MOTION TO SET**
**BRIEFING SCHEDULE AND HEARING DATE**

In support of their Motion to Set Briefing Schedule and Hearing Date, the defendants Timothy J. Regan ("Regan") and Associated Wholesale Florist Inc. ("Associated") (collectively, the "Defendants") state as follows:

1. Defendants intend to file shortly a Motion to Dismiss asserting that neither of the Defendants is subject to the jurisdiction of this Court.

2. Defendants submit that the Court must address the issue of personal jurisdictional before it may consider Plaintiff's request for the entry of a temporary restraining order against either of the Defendants. See e.g., *Bell v. Hood*, 327 U.S. 678, 682 (1945) (questions of law or fact must be decided after the court has determined that it has jurisdiction over the controversy); *Northeast Erectors Ass'n. of the BTEA v. Secretary of Labor*, 62 F.3d 37, 39 (1st Cir. 1995) (Rule 12(b)(1) motion challenging jurisdiction should be heard before 12(b)(6) motion for failing to state a claim for relief); *Multimin USA, Inc. v. Walco Int'l, Inc.*, 2006 U.S. Dist. LEXIS 33624

(E.D. Cal.) (court found that the issues of personal jurisdiction and venue needed to be decided before the court addressed the motion for a temporary restraining order.)

3. In order to assure prompt and orderly briefing and consideration of the Motion to Dismiss and, for that matter, plaintiff's requested Motion for Temporary if the Court should determine that it has jurisdiction, Defendants propose and request that the Court order the following expedited briefing schedule:

a. Defendants' Motion to Dismiss shall be filed by August 8, 2008;

b. Plaintiff's Objection shall be filed by August 15, 2008; and

c. Defendants' Reply shall be filed by August 21, 2008.

4. Counsel for Regan represents that Regan is not presently soliciting Plaintiff's clients and has agreed that he will not solicit them during this time period. Regan has returned to Plaintiff all of Plaintiff's papers which are in his possession. He has provided no such papers to Associated and Associated has no papers belonging to Plaintiff.

WHEREFORE, Defendants respectfully request the Court issue an order setting the forgoing briefing schedule and scheduling oral argument on the Motion to Dismiss at the earliest possible time after August 21, 2008 that the Court's calendar permits.

TIMOTHY J. REGAN and ASSOCIATED WHOLESALE FLORIST, INC. d/b/a Associated Wholesale Florist of New Jersey

By their attorneys

WINOGRAD, SHINE & ZACKS, P.C.

By: /s/ S. Michael Levin

S. Michael Levin, Esq. (#3796)
Winograd, Shine and Zacks, P.C.
123 Dyer Street
Providence, RI 02903-3980
Phone: 401-273-8300

Fax: 401-272-5728
mlevin@wszlaw.com

Date: August 4, 2008

**CERTIFICATION**

I certify that on August 4, 2008, a copy of the foregoing, was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/ S. Michael Levin