(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

THE R.J. CARBONE COMPANY
Plaintiff(s)

v.
TIMOTHY J. REGAN & ASSOCIATED WHOLESALE FLORIST, INC., d/b/a Associated Wholesale Florist of New Jersey
Defendant(s)

Dkt. No. 08-00291-S (DLM)

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/~~Defendant~~ The R. J. Carbone Company hereby moves that Charles M. Henderson, III be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Stacey P. Nakasian
Signature of Local Counsel

Stacey P. Nakasian, Esq.
Print Name

Duffy Sweeney & Scott, LTD.
Firm and Business Address

One Turks Head Place, Suite 1200

Providence, RI 02903

RI Bar ID # 5069

Email: snakasian@duffysweeney.com

Tel. # 401-455-0700

Fax # 401-455-0701

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

____________________
District Judge

____________________
Date