(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

THE R.J. CARBONE COMPANY
Plaintiff(s)

v.
TIMOTHY J. REGAN & ASSOCIATED WHOLESALE FLORIST, INC., d/b/a Associated Wholesale Florist of New Jersey
Defendant(s)

Dkt. No. 08-00291-S (DLM)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ The R. J. Carbone Company hereby moves that Charles M. Henderson, III be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Stacey P. Nakasian
Signature of Local Counsel

Stacey P. Nakasian, Esq.
Print Name

Duffy Sweeney & Scott, LTD.
Firm and Business Address

One Turks Head Place, Suite 1200

Providence, RI 02903

RI Bar ID # 5069

Email: snakasian@duffysweeney.com

Tel. # 401-455-0700

Fax # 401-455-0701

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

District Judge

8/8/08
Date