**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| THE R.J. CARBONE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY J. REGAN & ASSOCIATED WHOLESALE FLORIST, INC. d/b/a Associated Wholesale Florist of New Jersey,<br><br>Defendants. | : | C.A. NO. 08-291 S |

**AFFIDAVIT OF THOMAS J. CARBONE**

I, Thomas J. Carbone, upon oath, depose and state as follows:

1. I am Vice President of The R. J. Carbone Company ("Carbone"), One Goddard Drive, Cranston, Rhode Island, 02920.

2. I have personal knowledge of the facts stated herein except where stated on information and belief, and I believe those facts to be true.

3. Carbone is a wholesale florist which has been operating since 1953. It is a family-run business with approximately 140 full and part-time employees. It is a Rhode Island corporation that is headquartered in Cranston, Rhode Island ("Headquarters") but supplies New England and New York.

4. Defendant Timothy J. Regan ("Regan") was employed by Carbone as a sales representative for over twenty (20) years.

5. Regan would personally visit Carbone's Cranston's Headquarters up to ten days a year, not four as claimed by defendants, during the twenty years he was employed by Carbone.

6. Regan would travel to Carbone's Headquarters before major holidays (Mother's Day, Valentine's Day, Easter, Thanksgiving and Christmas). Regan would then make telephone calls to customers from Carbone's Headquarters before these holidays.

7. Regan would also travel to Cranston every time he needed his company vehicle serviced which was usually two to four times a year. Until about a year ago, the Carbone vehicle that Regan drove was registered in Rhode Island and had Rhode Island license plates.

8. Until the last couple years, every November Regan would invite all of Carbone's Connecticut customers to come to Rhode Island for Carbone's Open House/Sunday Sale which he would also attend.

9. Regan would also come to Rhode Island to pick up new product samples a couple times a year.

10. During his twenty years with Carbone, Regan was in daily communication with, and was supervised from, Carbone's Headquarters in Cranston. Regan would call in at least once a day, sometimes several times a day, to talk to Marvin Ramirez, Carbone's Customer Service Supervisor. He would also contact other Carbone employees in Cranston, as needed.

11. Regan was given a telephone voice mail account by Carbone. Regan would call into Carbone's switchboard located at its Headquarters in Cranston to access his voice messages on a daily basis. Carbone also paid for a facsimile machine and one phone line in Regan's home to facilitate daily communications between Regan and Carbone's Headquarters.

Regan was also given personalized business cards which listed Carbon's Cranston business address.

12. Regan used Carbone's administrative facilities in Rhode Island on a daily basis. Regan would submit all sales orders to Rhode Island by facsimile. All sales and commission reports that Regan used were generated out of Cranston. Regan would receive purchase receipts and information concerning product updates from Rhode Island. All customer product was shipped out of Carbone's Headquarters in Cranston.

13. Regan came to Rhode Island at least twice to interview for his job with Carbone. He signed all initial employment documents, including his employment Agreement that is annexed to plaintiff's First Amended Verified Complaint as Exhibit A, in Rhode Island.

14. Regan was paid on a weekly basis by a Rhode Island bank through PayChex based in Rhode Island. Regan's health insurance plan (Blue Cross Blue Shield of R.I.) was based and administered in Rhode Island. For approximately ten years, Regan's 401(k) plan was administrated by Fleet/Bank of America based in Rhode Island. For the last three years, the current sales agent for Great West Retirement, Carbone's current 401(k) administrator, has been located in Bristol, Rhode Island. Regan was invited to every Carbone meeting in Rhode Island regarding employee and health benefits. If he ever had any major employment issues, Regan always personally traveled to Carbone's headquarters to resolve these issues with management.

Thomas J. Carbone, Vice President
The R. J. Carbone Company

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me this 22[nd] day of August, 2008.

Notary Public

My Commission Expires: 7/30/2010

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of August, 2008, a true copy of the foregoing ***Affidavit of Thomas J. Carbone*** was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), including those listed below, and copies will be mailed to those indicated as non-registered participants.

S. Michael Levin, Esq.
Winograd, Shine & Zacks, P.C.
123 Dyer Street
Providence, RI 02903

Simon I. Allentuch, Esq.
Jarod F. Proto, Esq.
Neubert, Pepe & Monteith, P.C.
195 Church Street, 13th Floor
P.O. Box 1940
New Haven, CT 06509

/s/ Stacey P. Nakasian
Stacey P. Nakasian