AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

The R.J. Carbone Company

V.

Timothy Regan, et al

**EXHIBIT AND WITNESS LIST**

Case Number: CA08-291S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Stacey Nakasian, Charles Henderson, | S. Michael Levin, Simon Allentuch |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/8/08, 9/10/08, 9/11/08 | Debra Lajoie | Rana Smith |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 9/8/2008 | | | W-1 Thomas Carbone, sworn |
| 1 | | 9/8/2008 | ID | FULL | Sealed Document |
| 2 | | 9/8/2008 | ID | FULL | Connecticut Independent Florists Retail Sales Chart |
| 3 | | 9/8/2008 | | FULL | Employment agreement |
| 4 | | 9/8/2008 | | FULL | Letter to T. Regan from S. Nakasian |
| | | | | | |
| | | | | | Day 2 |
| | A | 9/10/2008 | ID | FULL | Carbone Flyer |
| | B | 9/10/2008 | ID | | Fall River Florist Christmas Price List |
| | C | 9/10/2008 | ID | FULL | Sealed Document |
| | | | | | |
| | | | | | Day 3 |
| | | 9/11/2008 | | | W-2 Timothy Regan, sworn |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.